PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Carl Fessenden, SBN 161494
Michael W. Pott, SBN 186156
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorney For Defendants
COUNTY OF YUBA, COUNTY OF YUBA CHILD SUPPORT SERVICES, COUNTY OF YUBA CHILD SUPPORT SERVICES DIRECTOR MICHAEL D. TESTERMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTNEY DOZIER,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL D. TESTERMAN, ESQ.; and COUNTY OF YUBA CHILD SUPPORT SERVICES<br>          Defendants. | Case No. CIV.S-04-1312 MCE-KJM-P<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all claims and all parties pursuant to FRCP 41(a)(1) and (2).  Each party is to bear its own costs and attorneys' fees.

Dated: October ___, 2005

                                        COURTNEY DOZIER


                                        By_____
                                              Courtney Dozier
                                              Pro Per

1

| | |
|---|---|
| Dated: October 13, 2005 | PORTER, SCOTT, WEIBERG & DELEHANT<br>A Professional Corporation |
| | By         /s/<br>Carl Fessenden<br>Michael W. Pott<br>Attorneys for Defendants<br>COUNTY OF YUBA, COUNTY OF YUBA CHILD SUPPORT SERVICES, and COUNTY OF YUBA CHILD SUPPORT SERVICES DIRECTOR MICHAEL D. TESTERMAN |

**IT IS SO ORDERED.**

Dated: October 13, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE